UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROSE OKPALOBI** | **CIVIL ACTION: 2:25-CV-809** |
| Plaintiffs, | |
| | **DISTRICT JUDGE: NANETTE** |
| **VERSUS** | **JOLIVETTE BROWN** |
| | |
| **REO MANAGEMENT SOLUTIONS, LLC d/b/a RMS ASSET MANAGEMENT SOLUTIONS, LLC and PHH MORTGAGE CORPORATION** | **CHIEF MAGISTRATE JUDGE: MICHAEL B. NORTH** |
| | **SEC. G   DIV. 5** |
| Defendant | |

## MOTION FOR SANCTIONS FOR FAILURE TO APPEAR FOR DEPOSITION

**NOW INTO COURT**, through undersigned counsel, come Defendants, PHH Mortgage Corporation and REO Management Solutions, LLC, who, for reasons set forth in their memorandum in support, respectfully requests that this Court enter an order sanctioning Plaintiff, Rose Okpalobi, for failing to appear for her duly noticed deposition.

Respectfully submitted, this 29th day of September, 2025.

**MCGLINCHEY STAFFORD, PLLC**

/s/ Jonathan G. Wilbourn
Jonathan G. Wilbourn, T.A. (Bar Roll No. 27683)
450 Laurel Street, Suite 1500
Baton Rouge, LA 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
Email: jwilbourn@mcglinchey.com

-and-

Angelina Christina (Bar Roll No. 28530)
601 Poydras Street, Suite 1200
New Orleans, LA 70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800
Email: achristina@mcglinchey.com

**Attorneys for PHH Mortgage Corporation and**
**REO Management Solutions, LLC**

## CERTIFICATE OF SERVICE

Undersigned hereby certifies that he served the foregoing on all counsel of record via this Court's EM/ECF electronic service on this 29th day of September, 2025.

/s/ Jonathan G. Wilbourn